■ RICK DRURY, Appellant, v THOMAS TUCKER, Respondent. (Appeal No. 2.) [621 NYS2d 982] —Order unanimously reversed on the law without costs, plaintiff's motion granted and defendant's motion denied. Same Memorandum as in *Drury v*

*Tucker* (210 AD2d 891 [decided herewith]). (Appeal from Order of Supreme Court, Genesee County, Wolf, Jr., J.—Disqualification of Counsel.) Present—Green, J. P., Lawton, Fallon, Doerr and Davis, JJ.